## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-06870 | Court:<br>In the United States District Court for the Eastern District of Pennsylvania | Job:<br>12434486 (794424) |
|---|---|---|
| **Plaintiff / Petitioner:**<br>JAMES E. SHELTON, individually and on behalf of all others similarly situated | | **Defendant / Respondent:**<br>EMPWR SOLAR LLC |
| **Received by:**<br>Harris Investigations, LLC | | **For:**<br>Proof Serve |
| **To be served upon:**<br>EMPWR Solar LLC | | |

I, Laura Bly, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kambria List, Paralegal, 502 West 7th Street Ste 100, Erie, PA 16502
**Manner of Service:** Business, Jan 2, 2025, 1:43 pm EST
**Documents:** SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL (Received Jan 2, 2025 at 12:23pm EST)

**Additional Comments:**
1) Successful Attempt: Jan 2, 2025, 1:43 pm EST at 502 West 7th Street Ste 100, Erie, PA 16502 received by Kambria List, Paralegal. Age: 30s; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'5"; Hair: Blond; Other: Kambria came to the desk and accepted the paperwork. She is a Paralegal. Also note she was pregnant. ;

_Laura Bly_    1/2/25
Laura Bly        Date
ID# 1065

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
814-795-0870