**BELLWOAR KELLY, LLP** *Attorneys for Defendants*
By: Andrew J. Bellwoar, Esquire
Attorney I.D. No. 54096 *EMPWR SOLAR LLC*
126 W. Miner Street, #1
West Chester, PA 19382
610-314-7066

| | |
|---|---|
| James E. Shelton<br>    *Plaintiff*,<br><br>v.<br><br>EMPWR SOLAR<br>    *Defendant.* | In the USDC for the Eastern District of Pennsylvania<br><br><br>NO.  24-6870 |

ENTRY OF APPEARANCE and JURY TRIAL DEMAND

   Please ENTER MY APPEARANCE on behalf of Defendant EMPWR SOLAR LLC. A jury trial is hereby demanded.

                                                              Respectfully submitted:

Date: February 11, 2025            /s/ *Andrew J. Bellwoar*
                                                              **BELLWOAR KELLY LLP**