| | |
|---|---|
| **BELLWOAR KELLY, LLP**<br>By: Andrew J. Bellwoar, Esquire<br>Attorney I.D. No. 54096<br>126 W. Miner Street, #1<br>West Chester, PA 19382<br>610-314-7066 | *Attorneys for Defendants*<br><br>*EMPWR SOLAR LLC* |

| | |
|---|---|
| James E. Shelton<br>            *Plaintiff*,<br>    v.<br>EMPWR SOLAR<br>            *Defendant*. | In the USDC for the Eastern District of Pennsylvania<br><br>NO.  24-6870 |

CERTIFICATE OF SERVICE

I, Andrew J. Bellwoar, hereby certify that on February 11, 2025, Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. The ECF System's electronic service of the Notice of Electronic Case Filing constitutes filing on all parties who have consented to electronic service.

Respectfully submitted:

Date: February 11, 2025          /s/ *Andrew J. Bellwoar*
                                 **BELLWOAR KELLY LLP**