UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
|     Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
|     Defendant | : | Jury Trial Demanded |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance on behalf Defendant EMPWR Solar, LLC.

## BELLWOAR KELLY

By:     */s/ Sheryl L. Brown*
              Sheryl L. Brown, Esquire, I.D. 59313
              Attorneys for Defendant, EMPWR SOLAR LLC
              126 W. Miner Street
              West Chester, PA  19382
              (P): 610.314.7066
              sbrown@bellwoarkelly.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
| Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Sheryl L. Brown, Esquire, was served upon the following via ECF:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

**BELLWOAR KELLY**

By:  */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. 59313
Attorney for Defendant
*EMPWR Solar LLC*
126 W. Miner St., #1
West Chester, PA  19382
610.314.7066
sbrown@bellwoarkelly.com