UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
| Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this _____ day of June, 2025, upon consideration of Defendant EMPWR Solar LLC's Motion to Amend its Answer with Affirmative Defenses, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant EMPWR's Motion for Leave to Amend its Answer and Affirmative Defenses is **GRANTED**.

The Clerk of Courts is hereby directed to file EMPWR's proposed Amended Answer with Amended Affirmative Defenses, attached to EMPWR's motion marked Exhibit "A".

BY THE COURT:

_____
J.