## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James E. Shelton                         :

               Plaintiff                  :

        V                                       :         Civil Action No. 24-6870-JMY

EMPWR Solar LLC                          :

               Defendant                :


## <u>ORDER</u>


**AND NOW**, this 1st day of July, 2025, upon consideration of Defendant EMPWR Solar LLC's Motion to Amend its Answer with Affirmative Defenses, and any response thereto, it is hereby **ORDERED** that Defendant EMPWR's Motion for Leave to Amend  its Answer and Affirmative Defenses is **GRANTED**.

The Clerk of Courts is hereby directed to file EMPWR's proposed Amended Answer with Amended Affirmative Defenses, attached to EMPWR's motion marked Exhibit "A".

               BY THE COURT:


               */s/ John Milton Younge*
               **JUDGE JOHN MILTON YOUNGE**