**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-6870 |
| | : | |
| Plaintiff, | : | **CLASS ACTION** |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **EMPWR SOLAR LLC** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PRAECIPE TO ATTACH EXHIBIT A TO**
**MOTION TO COMPEL FOLSOM INSURANCE AGENCY LLC**
**TO PROVIDE DISCOVERY RESPONSES**
**AND FOR SANCTIONS**

TO THE CLERK:

Kindly attach the attached Exhibit A to the Plaintiff's Motion to Compel, ECF No. 11.

The document was erroneously omitted from the Motion.

RESPECTFULLY SUBMITTED AND DATED this July 11, 2025.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.