UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
| Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this _____ day of July 2025, upon consideration of Plaintiff's Motion to Compel and for Sanctions; and Defendant EMPWR Solar LLC's Response, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED**.

By way of further **ORDER**, discovery as set forth in this Court's July 22, 2025 Scheduling Order (ECF 16) hall be limited to the named parties, with no class discovery to take place until further order of Court.

BY THE COURT:

_____

J.