# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


James E. Shelton                              :

          Plaintiff                  :

    V                                     :      Civil Action No. 24-6870-JMY

EMPWR Solar LLC                          :

          Defendant                  :

## DEFENDANT EMPWR SOLAR LLC'S DISCLOSURES PURSUANT TO F.R.C.P 26

Defendant, EMWPR SOLAR LLC (hereinafter "Disclosing Defendant") by and through its undersigned counsel, Bellwoar Kelly, LLP, provide these disclosures pursuant to F.R.C.P. 26(a) as follows:

## CONDITIONS:

All disclosures are made without waiving or intending to waive, but on the contrary, preserving and intending to preserve:

1.  All objections as to competency, relevance, materiality, privilege, and admissibility as evidence for any purpose in subsequent proceedings or the trial of this or any other action;

2.  The right to object on any grounds at any time to the use of any of these disclosures or documents and information obtained as a result of these disclosures, or the subject matter thereof, in any subsequent proceedings or the trial of this or any other action;

3.  The right to object on any grounds at any time to a demand for further disclosures or to other discovery proceedings involving or relating to the subject matter of these disclosures; and

4. The right, at any time, to revise, correct, supplement, clarify and/or amend the disclosures set forth herein.

## DISCLOSURES

A.    **Witnesses who are likely to have discoverable information and who the Disclosing Defendant may use to support their claims and/or defenses**:

      1.  Robby Edge
          Managing Partner
          EMPWR Solar LLC
          1007 Johnnie Dodds Blvd.
          Charleston, SC 29464

      2.  Mecah Pojas
          Treantly Recruitment Ltd.

      3.  Disclosing Defendant reserves the right to supplement this disclosure should discovery reveal the names of additional entities or persons.

B.    **Documents, etc., the Disclosing Defendant may use to support their claims and defenses that are in their possession, custody, or control:**

      1.  Treantly Client Master Agreement

      2.  James E. Shelton Contact Log

      3.  Disclosing Defendant reserves the right to supplement this list as discovery continues.

C.    **Computation of Damages Claimed by Disclosing Defendant**:

Disclosing Defendant is not seeking damages.

D.    **Insurance Agreement:**

None.

2

BELLWOAR KELLY

By:    */s/ Sheryl L. Brown*
      Sheryl L. Brown, Esquire, I.D. #59313
      Attorney for Defendant,
      *EMPWR Solar LLC*
      126 W. Miner Street, #1
      West Chester, PA 19382
      (P): 610.314.7066
      sbrown@bellwoarkelly.com

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


James E. Shelton                         :

                   Plaintiff             :

        V                                :          Civil Action No. 24-6870-JMY

EMPWR Solar LLC                          :

                   Defendant             :


## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of Defendant

EMPWR Solar LLC's Disclosures *Pursuant to F.R.C.P 26,* was served via email, addressed as

indicated:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
a@perronglaw.com


**BELLWOAR KELLY**

                              By:    */s/ Sheryl L. Brown*
Date:    June 16, 2025               Sheryl L. Brown, Esquire, I.D. #59313
                                     Attorney for Defendant
                                     *EMPWR Solar LLC*
                                     126 W. Miner Street, #1
                                     West Chester, PA 19382
                                     (P): 610.314.7066
                                     sbrown@bellwoarkelly.com