IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON, *Individually and on behalf of all others similarly situated*, | : : : | CIVIL ACTION |
| v. | : : | NO. 24-6870-JMY |
| EMPWR SOLAR, INC., | : | |

## ORDER FOR CONFERENCE (VIDEO)

**AND NOW**, this 4th day of August, 2025, it is **ORDERED** that a conference with the Court will be held on **Tuesday, September 9, 2025, at 11:00 a.m**. Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**BY THE COURT:**

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**