**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES E. SHELTON, *Individually and on behalf of all others similarly situated*, | : : : | CIVIL ACTION |
| v. | : : | NO. 24-6870-JMY |
| EMPWR SOLAR, INC., | : | |

**ORDER FOR CONFERENCE (VIDEO)**

**AND NOW**, this 9th day of September, 2025, it is **ORDERED** that a video conference with the Court will be held on **Wednesday, September 24, 2025, at 11:00 a.m**. Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

                                                **BY THE COURT:**

                                                /s/ *John Milton Younge*
                                              **JUDGE JOHN MILTON YOUNGE**