SUPUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
|     Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
|     Defendant | : | |

### DEFENDANT EMPWR SOLAR, LLC'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (ECF 11)

Defendant EMPWR Solar LLC ("EMPWR"), by and through its counsel, Bellwoar Kelly, LLP, files this Supplemental Response to its initial response (ECF 17) to Plaintiff's Motion and Brief to Compel Discovery Responses.

EMPWR incorporates by reference its initial response to Plaintiff's Motion and Brief to Compel Discovery (ECF 17) filed on July 25, 2025.  Additionally, , EMPWR attaches hereto its Supplemental Objections and Responses to Plaintiff's Discovery Requests which were served upon Plaintiff on this day.  The Supplemental Responses are attached hereto marked Exhibit "A".

**BELLWOAR KELLY**

By:    */s/ Sheryl L. Brown*
       Andrew Bellwoar, Esquire, I.D. #54096
       Sheryl L. Brown, Esquire, I.D. #59313
       Attorneys for Defendant, EMPWR SOLAR LLC
       126 W. Miner Street
       West Chester, PA  19382
       (P): 610.314.7066
       abellwoar@bellwoarkelly.com
       sbrown@bellwoarkelly.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
|     Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
|     Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of Defendant EMPWR Solar LLC's Supplemental Response to Plaintiff's Motion to Compel and for Sanctions was served upon the following via ECF:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

**BELLWOAR KELLY**

By: ***/s/ Sheryl L. Brown***
Sheryl L. Brown, Esquire, I.D. #59313
Attorney for Defendant
*EMPWR Solar LLC*
126 W. Miner St., #1
West Chester, PA 19382
610.314.7066
sbrown@bellwoarkelly.com

September 23, 2025