# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EMPWR SOLAR LLC**<br><br>Defendant. | : Case No. 2:24-cv-6870<br>:<br>: **CLASS ACTION**<br>:<br>: **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>: |

## [PROPOSED ORDER DENYING]
## DEFENDANT'S MOTION TO BIFURCATE DISCOVERY

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Bufurcate is hereby DENIED.

*BY THE COURT:*

_____
J.