4.  Identify all third parties or sub-vendors used by your vendors to for you as part of your relationship with any vendor identified in response to Interrogatory No. 2.

**ANSWER:**


5.  Identify each of the individuals that spoke with Plaintiff from your company or any of its vendors, including by telephone or at the Plaintiff's door step.

**ANSWER**:


6.  If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

**ANSWER:**


7.  If you contend that a third party made the calls alleged in the complaint, identify that third party and state all facts in support of the same.

**ANSWER:**


8.  Identify all communications you've had with any third party, other than your counsel, regarding this lawsuit.

**ANSWER:**


9.  Identify by make, model, structure and location the system(s), platform(s), and/or equipment used by you, or any vendor, used to contact the Plaintiff.

**Response**: Without waiving the aforestated objection, see Response to No. 2 above.

4. **Response**: EMPWR is without knowledge or information sufficient to form a belief as to the request in Interrogatory No. 4. By way of further response, and upon information and belief, none.

5. **Response**: None. By way of further response, Mecah Pojas left a voicemail; and sent two text messages to Plaintiff. Plaintiff requested Mecah to email him the details. See, Screen Shot attached hereto and marked Exhibit "A".

6. **Response**. See response to Interrogatory No. 5, above, and Exhibit A. By way of further response, following Plaintiff's request for no calls, the contact was placed on their DNC.

7. **Response**: See, Response to Interrogatory No. 5, above.

8. **Objection**. Interrogatory No. 8 is overly broad and without limitation to time.

   **Response**: Without waiving the aforestated objection, to the best of my recollection, Brennan, an employee of a prior vendor.

9. **Objection**: Interrogatory No. 9 seek information maintained by a third party.

   **Response**: Without waiving the aforestated objection, PODEO. Also, see, Exhibit A.

10. **Objection**: Interrogatory No. 10 is vague and overly broad.

    **Response**: Without waiving the aforestated objection, see Exhibit A referencing Plaintiff's request to have details emailed to him at his email