IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **JAMES E. SHELTON**, *Individually and on behalf of all others similarly situated*, | : | No.   24-cv-6870-JMY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EMPWR SOLAR, LLC**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 20th day of October 2025, upon consideration of Plaintiff's Motion to Compel Discovery (ECF No. 11) and Defendant's Opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **Denied as moot** in accordance with the agreement reached by the parties during the video conference held on the 24th of September, 2025.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**