# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SHELTON**, *Individually and on behalf of all others similarly situated,* | : | No.  24-cv-6870-JMY |
| Plaintiff, | : | |
| v. | : | |
| **EMPWR SOLAR, LLC**, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 20th day of October, 2025, upon consideration of Defendant's Motion to Bifurcate Discovery (ECF No. 22) and Plaintiff's Opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**