**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-6870 |
| | : | |
| Plaintiff, | : | **CLASS ACTION** |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **EMPWR SOLAR LLC** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

**[PROPOSED ORDER GRANTING]**
**MOTION TO COMPEL EMPWR SOLAR LLC**
**TO PROVIDE DISCOVERY RESPONSES, FOR EXTENSION**
**AND FOR SANCTIONS**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Motion to Compel, for Extension, and for Sanctions, this Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendant is ordered to produce the Lead List in its original native format responsive to Request for Production 20, to permit the Plaintiff to conduct expert analysis, including for the purposes of class certification.

- Plaintiff has demonstrated that sanctions under Rule 37 are warranted, owing to the case law holding that the Plaintiff is entitled to the compelled information in its native, readily accessible format, rendering the failure to produce substantially unjustified.

- The Plaintiff has suffered prejudice by the non-production of such information, including through the delay in proving up requirements for class certification under Rule 23 and necessitating the filing of the instant motion.

1

- Counsel for Plaintiff shall file a bill of costs outlining the final attorneys' fees and costs surrounding the Plaintiff's motion.

- After notice and an opportunity to be heard on such fees and costs, Defendant is ordered to pay the sanctions as outlined in Plaintiff's subsequent bill of costs directly to counsel for Plaintiff within 30 days.

- All deadlines in this matter, including for close of discovery, are extended for 90 days.

_____

J.