

Andrew Perrong <a@perronglaw.com>

## Shelton v. EMPWR; Amended Supp Discovery Responses
4 messages

**Sheryl Brown** <sbrown@bellwoarkelly.com>  Wed, Oct 8, 2025 at 3:54 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Andrew Bellwoar <abellwoar@bellwoarkelly.com>

Andrew,

Attached please find correspondence with attached Amended Supplemental Discovery Responses and executed Confidentiality Agreement.

Sheryl



Partner, Bellwoar Kelly LLP

Phone:  610-314-7066

Email:   sbrown@bellwoarkelly.com

126 W. Miner Street

West Chester, PA 19382

www.bellwoarkelly.com

**4 attachments**

- 10.8.25 LT CP re Amen Supp Disc Responses.pdf
  426K
- 10.8.25 AM Supp Obj and Resp to PL 1st Set of Discovery.pdf
  632K
- 10.8.25 Conf Agree (executed).pdf
  301K
- 10.7.25 Redacted Lead List per Judge Order.pdf
  1383K

**Andrew Perrong** <a@perronglaw.com>  Wed, Oct 8, 2025 at 4:10 PM
To: Sheryl Brown <sbrown@bellwoarkelly.com>
Cc: Andrew Bellwoar <abellwoar@bellwoarkelly.com>

Ms. Brown,

We are unable to have our expert evaluate the PDF as sent; the text is fuzzy and illegible, and it is very difficult to run an evaluation against scanned text records.. As such, the form in which you have made production is not "reasonably usable." FRCP 34(b)(2)(E)(ii). Please provide the telephone numbers as they are "kept in the usual course of business." FRCP 34(b)(2)(E)(ii), (i).

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>  Wed, Oct 15, 2025 at 8:37 PM
To: Sheryl Brown <sbrown@bellwoarkelly.com>
Cc: Andrew Bellwoar <abellwoar@bellwoarkelly.com>

Ms. Brown,

I am following up here. Please provide the documents in a reasonably usable format no later than this Friday to avoid judicial intervention.

> On Wed, Oct 8, 2025 at 4:10 PM Andrew Perrong <a@perronglaw.com> wrote:
>> Ms. Brown,
>>
>> We are unable to have our expert evaluate the PDF as sent; the text is fuzzy and illegible, and it is very difficult to run an evaluation against scanned text records.. As such, the form in which you have made production is not "reasonably usable." FRCP 34(b)(2)(E)(ii). Please provide the telephone numbers as they are "kept in the usual course of business." FRCP 34(b)(2)(E)(ii), (i).
>>
>> [Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>  Fri, Oct 24, 2025 at 9:38 PM
To: Sheryl Brown <sbrown@bellwoarkelly.com>
Cc: Andrew Bellwoar <abellwoar@bellwoarkelly.com>

Ms. Brown,

We still have not received a response. Will an appropriate production be forthcoming? If not, please advise when works for a call next week.

> On Wed, Oct 15, 2025 at 5:37 PM Andrew Perrong <a@perronglaw.com> wrote:
>> Ms. Brown,
>>
>> I am following up here. Please provide the documents in a reasonably usable format no later than this Friday to avoid judicial intervention.
>>
>> [Quoted text hidden]