

Andrew Perrong <a@perronglaw.com>

## Notice of Intent to File Motion - Shelton v. Empwr Solar
1 message

**Andrew Perrong** <a@perronglaw.com>    Sun, Nov 2, 2025 at 7:14 PM
To: Andrew Bellwoar <abellwoar@bellwoarkelly.com>, Sheryl Brown <sbrown@bellwoarkelly.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Counsel,

I received in the mail this Saturday a package from your firm containing a printed out version of the Excel lead list spreadsheet, consisting of approximately 150 pages of records in microscopic font. Your provision of these documents in hard copy is worse than the PDF file you previously produced. And, as I also explained, the PDF file you previously produced was redacted to remove any text data, essentially converting the text data containing the phone numbers to a photograph of extremely low resolution. Contrary to your letter's instructions to zoom in on the PDF, the data has been degraded to such a point so as to be practically illegible:



We cannot reasonably have our expert analyze the classwide data, as the Court ordered, in such a format or manner, most especially not in hard copy print out of digital records that are printed with microscopic text.

These tactics, combined with your failure to respond to at least three prior meet and confer communications, leads me to believe that you are engaging in gamesmanship aimed at preventing the Plaintiff and his expert access to the data necessary for class certification. We require the redacted *original Excel file* so that we can readily import and analyze the telephone records. It is patently unreasonable for ourselves or our expert to need to read through fuzzy, microscopic text or manually type out telephone numbers from 150+ pages of hard copy materials, when that data is already available in digital format. To the extent our impressions are incorrect, please promptly provide a supplement that will allow us and our expert to analyze the requisite data, including *in a reasonably accessible electronic format* as is stored in the normal course of your client's business, pursuant to the mandates of FRCP 34(b)(2)(E)(ii) and (i).

In the absence of a response, we will be filing a motion to compel and for sanctions on Friday.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)