UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton | : | |
| Plaintiff | : | |
| V | : | Civil Action No. 24-6870-JMY |
| EMPWR Solar LLC | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _____ day of November, 2025, upon consideration of Plaintiff's Motion and Brief in Support of Motion to Compel EMPWR Solar LLC to provide discovery responses, to extend deadlines and for sanctions, and EMPWR's response thereto, Plaintiff's Motion is **GRANTED** in part and **DENIED** in part.

Plaintiff's Motion to Compel and for Sanctions is **DENIED**.

Plaintiff's Motion to Extension of Time is **GRANTED** and the Amended Case Management Order (ECF 16) shall further to amended to include the following deadlines:

    1) Fact Discovery – January 23, 2026;

    (2) Expert Reports – February 6, 2026;

    (3) Rebuttal Reports – February 20, 2026;

    (4) Expert Discovery – March 6, 2026;

    (5) Summary Judgment/Class Certification Motions – April 17, 2026; and

(6) Responses – May 17, 2026.

BY THE COURT:

_____

J.