# EXHIBIT B

# BELLWOAR KELLY LLP

### THE LAW FIRM OF

BK

West Chester, PA 19382
(610) 314-7066
www.bellwoarkelly.com

Andrew J. Bellwoar
Evan J. Kelly
Ryan R. Grace
Jonathan R. Long
Sheryl L. Brown

John J. Mahoney, *Of Counsel*
Paul J. Drucker, *Of Counsel*
Elizabeth Curtis Swain, *Of Counsel*

October 14, 2025

Andrew R. Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038

        Re:    Shelton v. EMPWR Solar LLC
                  E.D.Pa. 24-cv-06870

Dear Mr. Perrong:

    This will confirm your October 8, 2025 email regarding the PDF document containing the Lead List telephone numbers. While it is disputed that the numbers are not legible (and can be made larger by zooming in); in an effort to resolve your concerns enclosed please find an updated version redacted in landscape format. These documents are marked Confidential and Bates Stamped EMPWR 00001-150. A Redaction Log is also attached.

                                            Very truly yours,

                                           /s/ *Sheryl L. Brown*

                                           Sheryl L. Brown, Esquire

Cc:    EMPWR Solar, LLC (w/o enc.)
          Andrew J. Bellwoar, Esquire (w/o enc.)

SHELTON V. EMPWR

USDC FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 24-6870-JMY

DEFENDANT'S REDACTION LOG RE: EMPWR 0001-00150 (Confidential)

| Document | Redacted/ Privileged | Date | Author/Sender | Recipients | Subject Matter | Redaction/ Privilege Asserted |
|---|---|---|---|---|---|---|
| Lead list from Launch Marketing/ Millennial Planning Solutions LLC containing Plaintiff's Contact Information | Redacted | N/A | Launch Marketing/Millennial Planning Solutions LLC | N/A | Lead List from Launch Marketing/ Millennial Planning Solution referencing Plaintiff containing (by column) 1. Contact ID 2. First Name 3. Last Name 4. Phone 5. Email 6. Address 8. State 9. Date Lead Generated | All columns redacted but for "Phone" in accordance with Court Conference before Judge Younge. Also, marked Confidential, for privacy concerns of non-party telephone numbers. |