UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **James E. Shelton** | : | |
| **Plaintiff** | : | |
| V | : | Civil Action No. 24-6870-JMY |
| **EMPWR Solar LLC** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2026, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Response thereto, it is hereby ***ORDERED*** and ***DECREED*** *that Defendant's Motion is* ***GRANTED***. All claims against EMPWR Solar LLC are hereby dismissed, with prejudice.

BY THE COURT:

_____

J.