Exhibit B

# HAHN & HAHN LLP
## L A W Y E R S

D. Jason Lyon
jlyon@hahnlawyers.com

(626) 796-9123
Fax (626) 449-7357
www.hahnlawyers.com

Established 1899

301 EAST COLORADO BOULEVARD
NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977

June 5, 2025

**VIA EMAIL**

Mr. Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

Re:  *Shelton v. Empwr Solar LLC*, U.S.D.C. (E. D. Pa.) Case No. 2:24-CV-06870; Response to Subpoena

Dear Mr. Perrong:

This office represents Aloware, Inc. in connection with the subpoena in the above-referenced matter which was emailed from your office on May 20, 2025. We note that the manner of service of the subpoena was not consistent with the requirements of the Federal Rules of Civil Procedure. As such, Aloware reserves the right to object on that basis should any further proceedings arise in connection with the subpoena. Without conceding any obligation of compliance, Aloware responds as follows:

Responding Party objects to each and every Request in the subpoena on the grounds that it is overbroad and unduly burdensome.

Responding Party objects that one or more of the Requests purports to require the production of documents or information that may contain Responding Party's intellectual property and/or trade secrets, which may be protected from disclosure under the Defend Trade Secrets Act and other applicable law.

Responding Party also objects that one or more of the Requests demand the production of documents or information which may be subject to confidentiality and/or non-disclosure agreements.

Responding Party further objects that the Requests may invade the privacy of numerous third parties who have no apparent connection to the pending litigation. *See Johnson by Johnson v. Thompson*, 971 F.2d 1487, 1497 (1992) (upholding refusal to disclose information based on the privacy concerns of third parties).

Mr. Andrew Roman Perrong, Esq.
June 5, 2025
Page 2


Subject to and without waiving the foregoing objections, Responding Party responds to Request No. 1 as follows:  The number in question is registered to Primitive Power LLC, 325 N Ash, Gilbert, AZ 85233 (www.primitivepower.com).

Subject to and without waiving the foregoing objections, Responding Party responds to Request No. 5 as follows:  Responding Party has no responsive materials.

Please feel free to contact me if you would like to discuss this matter further.

Sincerely,

D. Jason Lyon
of HAHN & HAHN LLP

Mr. Andrew Roman Perrong, Esq.
June 5, 2025
Page 3

<u>**PROOF OF SERVICE**</u>

<u>**James E. Shelton v. Empwr Solar LLC**</u>, Case No. 2:24-CV-06870

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 301 E. Colorado Boulevard, Ninth Floor, Pasadena, CA 91101-1977.

      On **June 5, 2025**, I served true copies of the following document(s) described as **WRITTEN OBJECTION TO SUBPOENA PURSUANT TO C.C.P. §1985.3 et seq. and F.R.C.P. Rule 45** on the interested parties in this action as follows:

Mr. Andrew Roman Perrong, Esq.              **Attorney for James E. Shelton**
Perrong Law LLC
2657 Mount Carmel Ave.,
Glenside, PA 19038
Email: <u>a@perronglaw.com</u>

      **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address <u>jevans@hahnlawyers.com</u> to the person at the e-mail address listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on **June 5, 2025**, at Pasadena, California.

*Jessica L. Evans*
Jessica L. Evans