# Exhibit C

📞 Outbound Call 0:33

0:00/0:33    Speed: 1x >

Primitive Power used Local Presence - FOR LM to call to ████████ Power Dialer    2 months ago

Hi Jamie, this is Mecah from Empwr Solar. I touched base to see if you're still having a thought of taking advantage of the benefits of having solar panels, that could potentially save your money on your energy bills? Let me know, I would love to connect! Have a great day!

Primitive Power used Local Presence - FOR LM to send to ████████    2 months ago

████ou please email me the details? No calls please

████om to Local Presence - FOR LM    2 months ago

Sure, no problem. It will be coming from ████████

Primitive Power used Local Presence - FOR LM to send to ████████    2 months ago

Contact has been blocked (Reason: Audit log from contact update) by System    2 months ago

Contact has been set to DNC. (Reason: manual) by System    2 months ago

## Notes

## Integrations

Enable your favorite CRM i██ details directly from the CR██

## Scheduled Messages

View Schedule██

## Activity Counts

**0**
Inbound Calls

**1**
Inbound Texts

**4**
All Communications

O██
1
O██
2
O██

## Lines

Local Presence - FOR LM

✎ Modify Lines