## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-6870 |
| | : | |
| Plaintiff, | : | **CLASS ACTION** |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **EMPWR SOLAR LLC** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, James E. Shelton, respectfully requests that he receive an extension of time to March 25, 2026, to respond to Defendant's motion for summary judgment. This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. The motion is unopposed.

Plaintiff also respectfully observes the pendency of his unopposed motion for extension of time and motion to compel (ECF 28). In light of this procedural posture, Plaintiff intends to file an opposition based partially on Rule 56(d).

Plaintiff,
By Counsel

Dated: February 27, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this February 27, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.