IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated, | : : | Case No. 2:24-cv-6870 |
| Plaintiff, | : : | **CLASS ACTION** |
| v. | : : | **JURY TRIAL DEMANDED** |
| **EMPWR SOLAR LLC** | : : | |
| Defendant. | : : | |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

It is ordered that Plaintiff shall have until March 25, 2026, to respond to Defendant's motion for summary judgment (ECF No. 31).

Dated: _____

*BY THE COURT:*

_____ J.