UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SHELTON**, *Individually and on behalf of all others similarly situated*, | : : : : | No.  24-cv-6870-JMY |
| Plaintiff, | : : | |
| v. | : : | |
| **EMPWR SOLAR, LLC**, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of March 2026, upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (ECF No. 32), it is hereby **ORDERED** that said motion is **GRANTED**. Plaintiff shall file a response in opposition on or before March 25, 2026.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J**.