# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JAMES E. SHELTON**, *Individually and on behalf of all others similarly situated*, | : : : : | No.   24-cv-6870-JMY |
| Plaintiff, | : : | |
| v. | : : | |
| **EMPWR SOLAR, LLC**, | : : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 3rd day of March 2026, upon consideration of Plaintiff's Motion to Compel and for Sanctions (ECF No. 28), and responses thereto, it is hereby **ORDERED** that Plaintiff's motion is **DENIED[1]**.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ *John Milton Younge*
**JOHN M. YOUNGE, J**.

---

[1] Defendant's have adequately complied with the Court's instruction as referenced in the October 20, 2025 Order. Further, Plaintiff has failed to overcome its burden to show non-compliance. Therefore, Plaintiff's motion to compel and for sanctions is DENIED.