**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-6870 |
| | : | |
| Plaintiff, | : | **CLASS ACTION** |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **EMPWR SOLAR LLC** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**


AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the

Defendant's Motion for Summary Judgment is hereby DENIED.



*BY THE COURT:*



_____

, J.