# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**EMPWR SOLAR LLC**<br><br>*Defendant.* | Case No. 2:24-cv-6870<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 26(a), Plaintiff provides his initial disclosures. These initial disclosures represent the best efforts of Plaintiff and his counsel at this early stage based on available non-privileged, non-work product information relating to Plaintiff's claims. Plaintiff reserves the right to rely on additional witnesses or documents relating to the claims alleged and/or to supplement these disclosures as the case progresses.

**A.      Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))**

The following individuals are likely to have discoverable information that Plaintiff may use to support the claims asserted in this case:

| NAME | CONTACT INFORMATION | SUBJECT OF KNOWLEDGE |
|---|---|---|
| James E. Shelton | Contact through Plaintiff's counsel | Mr. Shelton will have knowledge of the facts and circumstances surrounding communications from or on behalf of Defendant, including Mr. Shelton's receipt of calls on her telephone. Mr. Shelton also has information rebutting asserted affirmative defenses, if |

1

| | | any, raised by Defendant, such as consent. |
|---|---|---|
| As yet unidentified employees or vendors of Defendant | Contact through Defendant's counsel | Defendant's policies and procedures for initiating calls through third parties, making its own telemarketing calls and training employees; selection, compensation, and retention of outside vendors and/or agents; number of telemarketing calls made; policies and procedures for complying with the TCPA; presence, absence, and/or formation of policies to comply with the TCPA. |
| Aloware Inc. | c/o Corporation Trust Company 1209 Orange St Wilmington    DE 19801 | Vendor involved in providing the telephone services at issue, identified through subpoena. |
| Treantly Recruitment Ltd. | 2440 Canoe Ave #110A, Coquitlam, BC V3K 6C2, Canada | Vendor involved in providing unidentified services, identified in Defendant's discovery responses. |

**B.    Documents (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Plaintiff may use the following categories of documents to support the claims asserted in this case:

1.    Documents in the possession custody or control of Defendant that contain any information of calls made at Defendant's direction, or subject to Defendant's control.

2.    Training materials, policy and procedure manuals, employee manuals, and other documents used by Defendant to train its vendors and employees on its marketing efforts, including telemarketing calls. These documents include Defendant's management of and response to written correspondence relating to telemarketing calls.

3.    Documents relating to lawsuits filed against Defendant or its agents for violation of the TCPA or similar federal or state statutes and regulations.

4.    Documents in Plaintiff's control, including screenshots and call recordings.

5.    Documents relating to compliance with the TCPA or similar state statutes and regulations, including policies and procedures.

6.    Electronically Stored Information ("ESI") relating to calls initiated on Defendant's behalf, including through or with the assistance of a third party, including but not limited to call logs, collection logs, compilations and/or summaries of call data, and internal communications relating to calls.

Plaintiff expressly reserves the right to supplement this list of documents as his investigation into the facts of this case and discovery progress.

3

**C.**     **Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))**

1.     As a result of the conduct from Defendant and/or its affiliates, agents, and/or other persons or entities acting on Defendant's behalf, Plaintiffs and the members of the National Do Not Call Registry Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation pursuant to 47 U.S.C. § 227.

2.     Furthermore, Plaintiff and the members of the Class are also entitled to and do seek injunctive relief prohibiting Defendant from making telemarketing calls to telephone numbers registered on the National Do Not Call Registry, except for emergency purposes in the future.

**D.**     **Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

Plaintiff is not in possession of any known applicable insurance agreements.

4

RESPECTFULLY SUBMITTED AND DATED this 29th day of May, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a copy of the foregoing was served electronically on

counsel for the Defendants via e-mail at      Sheryl Brown <sbrown@bellwoarkelly.com> Andrew

Bellwoar <abellwoar@bellwoarkelly.com>.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com