UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


James E. Shelton                          :

                    Plaintiff             :

            V                             :          Civil Action No. 24-6870-JMY

EMPWR Solar LLC                           :

                    Defendant             :

_____

**DEFENDANT EMPWR'S PRETRIAL MEMORANDUM**

Defendant EMPWR Solar LLC, ("EMPWR") by and through its undersigned counsel, Bellwoar Kelly LLP files this Pretrial Memorandum and in support thereof of theirs as follows.

I.      **INTRODUCTION**

Plaintiff, James E. Shelton ("Shelton") a prolific plaintiff asserting claims of violations of the Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA"), initially filed this action for both an individual and class action claim. Plaintiff failed to timely file a Motion to Certify a Class, having waived any class action claim. Indeed, Shelton does not seek any class relief in his Pre-Trial Memorandum (ECF 37). Therefore, the claims are limited to an individual basis.

As for an individual claim, Shelton claims – at worst – 2 contacts made in alleged violation of the TCPA, which would equate to a One Thousand Dollar ($1,000) claim. Even so, Shelton has failed to produce evidence that his number was registered with the National Do Not Call (DNC) registry. Conversely, EMWPR denies any violation of the TCPA as it is not a telemarketing company, asserts consent, and EMPWR fails to fall within the protections of the TCPA.

EMPWR's Motion for Summary Judgment, filed in February 2026 (ECF 31) remains pending. EMPWR continues to assert entitlement to judgment as a matter of law.

1

## II.    <u>FACTS/DEFENSES</u>

Shelton claims at best – two violations of the TCPA.  First, by telephone, and second, by text.  (despite affirmatively providing his email to receive additional information).   Plaintiff has failed to produce any documents or evidence to support his claim that his number is on the DCN Registry, or disputing consent.

In fact, Shelton objected to each and every Interrogatory and Requests for Production of Documents. Notwithstanding the objections, Plaintiff provided that he would produce:

- The latest available copy of any applicable service contract and plan details relating to the telephone number alleged in the complaint "within a reasonable time not to exceed thirty days, as contemplated by FED.R.CIV.P.  34(b)(2)(B)" (Request No. 1);
- Billing statement to evidence Plaintiff's ownership of the subject number "within a reasonable time not to exceed thirty days, as contemplated by FED.R.CIV.P. 34(b)(2)(B)" (Request No. 2):
- A copy of Plaintiff's DNC registration "within a reasonable time not to exceed thirty days, as contemplated by FED.R.CIV.P. 34(b)(2)(B)" (Request No. 3);

**No documents were produced**.  As such, EMPWR will object/seek preclusion of any exhibit being introduced at trial, including but not limited to Plaintiff's proposed exhibits P-4 (DNC registration); P-5 (Plaintiff's call records) which were not produced.

EMPWR also intends to assert the defense of consent as Plaintiff's number would only have been obtained through affirmative methods, such as door knock solicitation in obtaining Plaintiff's telephone number.

Furthermore, EMPWR will show that  not only is it not subject to the TCPA, but the telephone number used was owned by a third party, Primitive Power LLC, 325 N. Ash, Gilbert AZ, information obtained by Plaintiff via subpoena.   Furthermore, EMPWR used a third-party contractor, Treantly, to make sales calls.  EMPWR contracted with Treantly for client outsourcing

and did not directly employ any individuals for telemarketing purposes at the time of contact with Plaintiff.  Primitive Power was a 1099 consultant with EMPWR.

Finally, EMPWR is not a telemarketing firm.  It does not maintain an FTC Subscription Account, nor were the calls made from robo-calls.

## III.    RELIEF SOUGHT

EMPWR seeks judgment in its favor on both liability and damages.

Even assuming liability (for argument purposes only, denying the same), the TCPA permits an action for damages for a violation of the regulations prescribed to enjoin such violation;  actual monetary loss, or to up to $500 in damages for each such violation, whichever is greater; or both. *47 U.S.C. § 227(c)(5)*.  Plaintiff has not alleged any *actual* monetary loss, so assuming liability (denied), he would be entitled to $500 in damages for each violation.  Plaintiff claims two alleged violations.

There is no provision for attorney's fees in the TCPA, nor has Plaintiff claimed such relief in his Pre-Trial Memo.

## IV.    WITNESSES AND SUBSTANCE OF PROPOSED TESTIMONY

Should this Court not grant summary judgment, EMPWR intends to seek a Rule 50 Motion for Judgment at the conclusion of Plaintiff's case.  Conversely, should testimony be required on behalf of EMPWR at trial, it intends to produce:

**Robby Edge, Partner, EMPWR Solar LLC**

Mr. Edge will testify that EMPWR is not a telemarketing agency and the use of third parties to conduct any solicitation or follow-up calls.  That upon information, the lead list provided (if admissible – denied), was based upon valid solicitations constituting consent.  He will testify regarding the relationship between EMPWR and all third parties, including but not limited to

Treantly and Primitive Power.  He will also testify to any information provided through the course of discovery, if warranted in Defendants' case in chief, or rebuttal. (Mr. Edge resides in South Carolina, so sufficient time to schedule trial to permit his travel to Pennsylvania is requested.)

## V.      <u>EXHIBITS</u>

EMPWR's Motion for Summary Judgment remains pending.  Should this Court deny summary judgment, EMPWR will seek a Rule 50 Motion for Judgment at the conclusion of Plaintiff's case.  Should exhibits be required on behalf of EMPWR at trial,  the following may be referenced and/or admitted at trial:

| Exhibit | Description |
|---------|-------------|
| D-1 | Outsourcing Agreement between Treantly and EMPWR Solar dated March 11, 2024 |
| D-2 | Plaintiff's Interrogatory Responses |
| D-3 | Plaintiff's Responses to Defendant's Request for Production of Documents |
| D-4 | Subpoena Response evidencing the 'called from' number is not owned by EMPWR |

## VI.    **EXPERT WITNESSES AND DEPOSITIONS**

Defendant EMPWR has not designated an expert, nor does it intend to have an expert testify at trial.

No depositions were taken.

## VII.   **ESTIMATED LENGTH OF TRIAL**

Should a jury trial be granted (denied), 1-2 days.  If no jury, 1 day.

## VIII.  **ANTICIPATED LEGAL ISSUES AND EVIDENTIARY ISSUES**

**Legal Issues:**

1.      Whether Plaintiff is entitled to a Jury Trial where there is no evidence of willful conduct to support treble damages.
2.      Whether is precluded from asserting a claim under the TCPA where he failed to produce evidence of DNC Registry?

3.      Whether EMPWR is entitled to judgment as a matter of law.

**Evidentiary Issues:**

1.      Whether Plaintiff should be precluded from introducing evidence, via testimony or documents, that he owns the subject telephone number and/or he registered that number with the DNC registry where Plaintiff failed to produce any documents to support the same?

2.      Whether Plaintiff may compel attendance of employees of EMPWR at trial in Pennsylvania where they reside *more than 100 miles* outside of where they reside, are employed, or regularly transact business *in person.*  F.R.C.P. 45(c).

## IX.    SETTLEMENT

EMPWR issued an Offer of Judgment in the amount of Five Thousand Dollars ($5000) on

September 18, 2025.  The Offer of Judgment expired with no response.

Counsel for EMPWR requested a demand in the parties meet and confer prior to the Final

Pretrial Conference.  Plaintiff's counsel refused to extend a demand at this juncture.

### BELLWOAR KELLY

By:    */s/ Sheryl L. Brown*
    Andrew Bellwoar, Esquire, I.D. #54096
    Sheryl L. Brown, Esquire, I.D. #59313
    Attorneys for Defendant, EMPWR SOLAR LLC
    126 W. Miner Street
    West Chester, PA  19382
    (P): 610.314.7066
    abellwoar@bellwoarkelly.com
    sbrown@bellwoarkelly.com