**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **JAMES E. SHELTON**, *Individually and on behalf of all others similarly situated,* | : | CIVIL ACTION |
| | : | No.   24-6870-JMY |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EMPWR SOLAR, LLC**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of August 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 31) and Plaintiff's Response in Opposition (ECF No. 35) thereto, and all supporting documents, it is hereby **ORDERED** that this motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**BY THE COURT**:

 /s/ *John Milton Younge*
**JOHN M. YOUNGE, J**.
